IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| CHARLES MINGUS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 6:20-cv-03057-MDH |
| KRAFT HEINZ FOODS COMPANY, | ) ) ) |
| Defendant. | ) ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' Joint Stipulation to Dismiss (Doc. 22), wherein the parties have submitted pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), their stipulation to dismiss this case with prejudice.

WHEREFORE, the Court GRANTS the Joint Stipulation to Dismiss, and hereby dismisses this case, in its entirety, with prejudice, each party to bear its own costs.

**IT IS SO ORDERED.**

DATED: August 10, 2020

　　　　　　　　　　　　　　　　　　　　　　 */s/ Douglas Harpool*
　　　　　　　　　　　　　　　　　　　　　　 **DOUGLAS HARPOOL**
　　　　　　　　　　　　　　　　　　　　　　 **UNITED STATES DISTRICT JUDGE**